ORDERED.

Dated:  June 25, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Mark Christopher Kaley,

      Debtor.
_____/

Chapter 7
Case No. 6:19-bk-00329-CCJ

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

This matter came before the Court for hearing on June 11, 2019 to consider the Debtor's Motion for Relief from Judgment as to Debtor in Favor of Securities and Exchange Commission, or in the Alternative to Stay this Bankruptcy Proceeding (Doc. No. 19; the "Motion").  For the reasons stated in open court, it is

ORDERED:

1. The Motion (Doc. No. 19) is denied.

2. The Court in its discretion may supplement this order with written findings of facts and conclusions of law at a later date.

Clerk to Serve